UNITED STATES of America, Plaintiff-Appellee,

v.

Guillermo BARRETO-ORTIZ, Defendant-Appellant.

No. 15-50452

United States Court of Appeals, Ninth Circuit.

Submitted November 16, 2016 *

Filed November 21, 2016

Michael Emerson Lasater, Esquire, U.S. Attorney, Benjamin Holley, Assistant U.S. Attorney, Helen H. Hong, Assistant U.S. Attorney, Office of the US Attorney, San Diego, CA, for Plaintiff-Appellee

Guillermo Barreto-Ortiz, Pro Se

Before: LEAVY, BERZON, and MURGUIA, Circuit Judges.

MEMORANDUM **

Guillermo Barreto-Ortiz appeals from the district court's order denying his motion for a sentence reduction under 18 U.S.C. § 3582(c)(2). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

The government seeks the dismissal of this appeal as untimely. Because Barreto-Ortiz is a pro se prisoner, his notice of appeal ("NOA") is deemed filed when it was delivered to prison authorities for forwarding to the court. *See* Fed. R. App. P.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

4(c)(1). The record reflects, and the government does not dispute, that Barreto-Ortiz's NOA was postmarked on October 15, 2015. Barreto-Ortiz's NOA must, therefore, have been delivered to prison officials no later than that date. Because judgment was entered on October 1, 2015, his NOA was thus timely filed. *See* Fed. R. App. P. 4(b)(1)(A)(i), (c)(1).

Barreto-Ortiz contends that the district court abused its discretion by denying his motion for a sentence reduction under Amendment 782 to the Sentencing Guidelines. The district court acted within its discretion when it denied Barreto-Ortiz a sentence reduction based on its determination that he posed a threat to the public in light of the nature of the offense. *See* U.S.S.G. § 1B1.10 cmt. n.1(B); *United States v. Lightfoot*, 626 F.3d 1092, 1096 (9th Cir. 2010).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.